[No. 45994-9-II. Division Two. August 25, 2015.]

*In the Matter of the Personal Restraint of* JEFFREY LAMONT RANDALL, *Petitioner*.

 by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Bjorgen, J.

[No. 46132-3-II. Division Two. August 25, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN E. WEITZEL, *Appellant*.

 by unpublished opinion per Sutton, J., concurred in by Worswick and Lee, JJ.

[No. 46337-7-II. Division Two. August 25, 2015.]

*In the Matter of the Estate of* CHARLES ROBERT THORNTON.

 by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J., and Gordon McCloud, J. Pro Tem.

[No. 32462-1-III. Division Three. August 25, 2015.]

RANDY L. BECHARD ET AL., *Respondents*, v. JOYCE DALRYMPLE, *Appellant*.

 by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.